IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON SCUTT, ) | Civil No. 20-00187 HG-WRP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KAISER PERMANENTE WAILUKU ) | |
| MEDICAL OFFICE; and MAUI ) | |
| MEMORIAL HOSPITAL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT WITH LEAVE TO AMEND (ECF No. 6)**

Findings and Recommendation having been filed and served on Plaintiff on April 28, 2020, and no objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation That The District Court Grant Plaintiff's Application To Proceed Without Prepaying Fees and Dismiss The Complaint With Leave To Amend are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 18, 2020, Honolulu, Hawaii.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge