IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON SCUTT, | Civil No. 20-00187 HG-WRP |
| Plaintiff, | |
| vs. | |
| KAISER PERMANENTE WAILUKU MEDICAL OFFICE; and MAUI MEMORIAL HOSPITAL, | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT DISMISS THE FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND (ECF No. 10)

Findings and Recommendation having been filed and served on Plaintiff on June 4, 2020, and no objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: June 24, 2020, Honolulu, Hawaii.

Helen Gillmor
United States District Judge