IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON SCUTT, | ) | CIVIL NO. 20-00187 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KAISER PERMANENTE WAILUKU MEDICAL CLINICS, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT DISMISS THE
SECOND AMENDED COMPLAINT IN PART (ECF No. 13)

Findings and Recommendation were filed and served on Plaintiff on June 25, 2020. No objections have been filed.

In the Findings and Recommendations, the Magistrate Judge presented two options on how the case might proceed. The first option was that the Second Amended Complaint be dismissed and Plaintiff be given leave to file a Third Amended Complaint. The second option allowed Plaintiff to voluntarily inform the Court that she would only proceed with her medical negligence claim against Kaiser Permanente Wailuku Medical Clinics.

On July 2, 2020, Plaintiff elected the second option. Plaintiff filed a document entitled "Plaintiff's Notification of Acceptances of Court's Alternative Option." (ECF No. 14). Plaintiff's filing states, "Plaintiff hereby notifies the Court that she will accept the Court's alternative to submitting a *Third Amended Complaint* and will serve the documents for medical malpractice/negligence only." (Id.)

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations, as described below, are **ADOPTED** as the Opinion and Order of this Court.

Plaintiff's claims under the Title 18 of the United States Code are DISMISSED WITH PREJUDICE.

Plaintiff's claims under 42 U.S.C. § 1983 and Plaintiff's employment claims are DISMISSED WITHOUT PREJUDICE from her Second Amended Complaint.

Plaintiff may proceed with her medical negligence claim for relief against Kaiser Permanente Wailuku Medical Clinics.

Plaintiff must seek leave of Court for any further amendment to her Second Amended Complaint.

IT IS SO ORDERED.

Dated: July 30, 2020, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Scutt v. Kaiser Permanente Wailuke Medical Clinics, Civil No. 20-00187 HG-WRP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT DISMISS THE SECOND AMENDED COMPLAINT IN PART